Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Nicholas Traylor <br> _____ <br> Plaintiff(s) <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Bernard Mazaheri <br> Railworks Corporation <br> Morgan & Morgan <br> _____ <br> Defendant(s) <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> (to be filled in by the Clerk's Office) <br><br> Jury Trial: (check one)  ✓ Yes  ☐ No <br><br><br> FEB 10 '22 PM 2:08 USDC |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Nicholas Traylor
   Street Address: Old Colony Correctional Center
   City and County: 1 Administration Road
   State and Zip Code: Bridgewater MA 02324
   Telephone Number:
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: Bernard Mazaheri
- Job or Title (if known): (Attorney) Affiliate of Morgan & Morgan
- Street Address: 20 N. Orange Ave
- City and County: Orlando, FL, 32801
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Railworks Corporation, was the pervious employer of Plaintiff
- Job or Title (if known):
- Street Address: Penn Plaza, 15 floor
- City and County: New York, NY, 10001
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Morgan and Morgan (Attorney)
- Job or Title (if known): 20 N. Orange Ave
- Street Address: Orlando, FL, 32801
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question      [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* __Nicholas Traylor__, is a citizen of the State of *(name)* __Massachusetts__.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* __Bernard Mazaheri__, is a citizen of the State of *(name)* __Florida__. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) **Bernard Muzaheri'**, is incorporated under the laws of the State of (name) **Florida**, and has its principal place of business in the State of (name) **Florida, Morgan** and.
Or is incorporated under the laws of (foreign nation) **Morgan**,
and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*: **ATTACHED Additional pages : Statement of Facts**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about January 24, 2017, defendant Railwork Track Inc, AGREED to settle a claim with defendant Muzaheri who was representing the Plaintiff in the case of Finemore V. Railwork Track Service Inc. Defendant Bernard Muzaheri' AGREED to settle Finemore V. Railwork Track Service Inc, with Railwork Corps, on behalf of the Plaintiff. The Plaintiff did not agree to settle his claim in the Finemore V. Railwork Track Service Inc case. Defendants Muzaheri and Railwork Corps settled the Finemore complaint without notifying the Plaintiff. Had the plaintiff been notified of any settlement in the Finemore case in which he was a party-Plaintiff, he would have OPTED OUT of any settlement.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The plaintiff seek actual damages of lost amount claimed in

A the class action of Finemore V. Railworks Trak Service Inc, the case in which he party that the defendant settled without knowledge

B The plaintiff seeks 25,000,00 in compensatory damages.

C. The plaintiff seek 25,000,00 from each defendant in punitive damages

D. TRIAL BY JURY

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/15/2021

Signature of Plaintiff: *Nicholas Traylor*
Printed Name of Plaintiff: Nicholas Traylor

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## Statement of Facts

1. On or about January 24, 2017 defendant Railwork Track Service Inc, AGREED to settle a claim with defendant, Mazaheri who was representing the Plaintiff in the case of <u>Finemore V. Railwork Track Service Inc.</u>

2. Defendant Bernard Mazaheri agreed to settle Finemore V. Railworks Track Service Inc, with Railworks Corp, on behalf of the Plaintiff

3. The Plaintiff did not agreed to settle his claim in the <u>Finemore</u> case

4. Defendant Mazaheri and Railwork Corp settled the Finemore complaint without notifying the Plaintiff

5. Had the Plaintiff been notified of any settlement in the <u>Finemore</u> case in which he was a party-Plaintiff, he would have <u>OPIED OUT</u> of any settlement.

6. After request to the defendant in the Finemore V. Railworks Track Service Inc case for a copy of the class action complaint, vice President Brain P. Rice refuse to provide the settlement agreement

7. On January 23, 2017 the defendant mailed a certain amount of monies via check to Nicholas Traylor, 1244 Worcester Street, Indian Orchard, MA, 01151 which was NOT the Plaintiff.

8. On January 24, 2017, the defendant mailed a certain amount of monies to Nicholas Traylor, 1244 Worcester Street Indian Orchard, MA 01151 which was not the Plaintiff

9. The checks were cashed by person other than Plaintiff

10. These two checks were drawn against defendant Railworks Corportion for the amount of $652.28 and $406.84 at an ATM machine

11. At the time the two checks were cashed the Plaintiff was incarcerated in the Department of Correction

12. The transaction of the person or person who cashed the settlement checks took place in Massachusetts.

13. Defendant Mazaheri never inquired of Plaintiff whether he would accept the agreement to the settlement with Railworks Corp.

14. Defendant neve notified the Plaintiff he would settle the Finemore case

15. Defendant Mazaheri never sent the Plaintiff a copy of any settlement agreement with Railworks

16. Defendant Morgan and Morgan failed to notify the Plaintiff their agent, defendant Mazaheri, would settle the <u>Finemore</u> case without the Plaintiff knowledge.

17. Defendant Morgan and Morgan sent/mailed the Plaintiff monies to a third party without the plaintiff permission.

18. Defendant Morgan and Morgan refused to send copy of the settlement agreement with Railworks Corp to the plaintiff

19. <u>Count one:</u>
The defendants breached their fiduciary duties to protect the plaintiff's legal rights to property which he had earned through hard work, which was <u>DENIED</u> to him the defendants issued his property to a third party

20. <u>Count two:</u>
The defendants Railworks Corp made false representation of material fact with knowledge of its falsity for the purpose of inducing the plaintiff to act thereon, -thus committing fraud on the Plaintiff for its own personal <u>GAIN</u> which harmed plaintiff

21. <u>Count three:</u>
Pursuant to Mass. R. Civ. P. a(b) the defendant all have defrauded the plaintiff by settling his legal action without his knowledge. They failed to allow him to opt out of any settlement agreement with the Railworks Corporation.

22. <u>Count Four:</u>
When defendant Railworks refused to issue to the Plaintiff a copy of the complaint and settlement agreement they breached their fiduciary duty to provide due process to the Plaintiff.

The Defendants

a. If the defendants is an individual
   The ~~Acme~~ defendants name
   the state

b. If the defendants is a corporation
   The defendants name: Railwork Corporation was the pervious employer of the Plaintiff whose business address is. Railwork Corporation Penn Plaza 15 Floor New York, NY, 10001

The Defendants

a. If defendant is a individual
   The defendant name, Morgan & Morgan
   The state Florida, ~~[scribbled out]~~

b. If defendant is a corporation
   The defendant name: Morgan & Morgan is a corporation of attorneys, 20. N. Orange Ave, Orlando FL, 32801