UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NICOLAS TRAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-10221-FDS |
| BERNARD MAZAHERI, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

**SAYLOR, C.J.**

When *pro se* plaintiff Nicholas Traylor commenced this action, he filed a motion for leave to proceed *in forma pauperis* instead of paying the $402 filing fee. In an order dated May 13, 2022, the Court denied the motion and ordered him to pay the filing fee or show could cause why he was unable to do so. The Court also ordered him to show cause why the action should not be dismissed for failure to state a claim. The Court informed him that failure to comply with the order within 28 days could result in dismissal of the action.

The deadline for complying with the Court's May 13, 2022, order has passed without any response from Traylor.

Accordingly, this action is hereby DISMISSED.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated: June 27, 2022